Before the First Division, February 26, 1940

**No. 43264.**—Protest 992391–G of L. Oppleman, Inc. (New York).

Opinion by Tilson, J.   The evidence was found insufficient to sustain the claim made.   The protest was therefore overruled.

**No. 43265.**—Protests 969522–G, etc., of Levin Bros. et al. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel paper play balls similar to those involved in Abstract 40492 were held dutiable at 35 percent under paragraph 1413.   Squawker balloons were held dutiable at 45 percent under paragraph 409 on the authority of Abstract 40493.

**No. 43266.**—Protest 969291-G of F. W. Woolworth Co. (San Francisco).

Opinion by Tilson, J.   It was stipulated that the harmonicas in question are similar to those involved in Abstract 40586.   The claim at 40 percent under paragraph 1541 was therefore sustained.

**No. 43267.**—Protests 952578–G, etc., of Butler Bros. (Baltimore).

Opinion by Tilson, J.   It was stipulated that the harmonicas in question are similar to those involved in Abstract 40586.   The claim at 40 percent under paragraph 1541 was therefore sustained.

**No. 43268.**—Protest 948581–G of Montgomery Ward & Co. (New York).

Opinion by Tilson, J.   It was stipulated that the microscope sets in question are similar to those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23).   The claim at 45 percent under paragraph 228 (b) was therefore sustained.

Before the Third Division, February 26, 1940

**No. 43269.**—Protest 852532–G of R. U. Delapenha & Co. (New York).

Opinion by Cline, J.   On the authority of *Stone* v. *United States* (19 C. C. P. A. 259, T. D. 45388) and *Oldetyme Distillers* v. *United States* (2 Cust. Ct. 487, C. D. 184) the whisky herein involved was held dutiable at $2.50 per proof gallon instead of $5 per gallon as assessed by the collector.